Case 3:06-cv-00624-R-RBB   Document 15   Filed 01/03/07   PageID.54   Page 1 of 3

Dec-22-06  09:59  From-Wanland & Spaulding        9165686009        T-086  P.002/004  F-460
Dec-14-06  10:28  From-Wanland & Spaulding        9165686009        T-006  P.002/008  F-338

ORIGINAL

FILED
07 JAN -3 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

LAW OFFICES OF WANLAND & SPAULDING
Donald M. Wanland, Jr. (SB# 122462)
Matthew D. Pearson (SB# 227390)
705 University Avenue
Sacramento, California 95825
(916) 568-6000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI JOHANI SDN. BHD., a Malaysia corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STRATA MEDICAL, INC., a California corporation and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 06CV624R (RBB) R<br><br>STIPULATION OF DISMISSAL |

**BY FAX**

   IT IS HEREBY STIPULATED among the parties to this action, Plaintiff Sri Johani SDN. BHD and Defendant Strata Medical, Inc, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). This stipulation is made pursuant to the Parties' separately negotiated confidential Settlement Agreement and Mutual Release.

Date: December 21, 2006            Law Offices of Wanland & Spaulding

                                   _____
                                   Matthew D. Pearson
                                   Attorneys for Plaintiff Sri Johani SDN. BHD

1
STIPULATION OF DISMISSAL

12009801.tif - 12/22/2006 10:01:35 AM

Dec-22-06  10:00   From-Wanland & Spaulding        9165686009        T-086  P.003/004  F-460
Dec-14-06  10:28   From-Wanland & Spaulding        9165686009        T-006  P.008/008  F-338

1  Date: December 13, 2006                         Law Office of Louis A. Storrow
2
3                                                  _____
4                                                  Louis A. Storrow
                                                   Attorney for Defendant Strata Medical, Inc
5                                                  **ORDER**
6        IT IS SO ORDERED.
7
8   Date: 1/3/07                                   _____
9                                                  United States District Court Judge
10
11  j:\sri johari\strata medical\pleadings\stip.dismissal.doc
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            2
                                STIPULATION OF DISMISSAL
                                12069801.tif - 12/22/2006 10:01:35 AM

## PROOF OF SERVICE

*Sri Johani SDN, BHD v. Strata Medical, Inc.*
United States District Court, Southern District Case No. 06cv0624 R (RBB)

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 705 University Avenue, Sacramento, California 95825.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.

On the date indicated below, I served a true copy of the following documents:

### STIPULATION OF DISMISSAL

**_x_** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below

_____ by personally delivering, or causing to be delivered, a true copy thereof to the person(s) and at the address(es) set forth below.

_____ by causing a true copy thereof to be delivered to the party or parties at the address(es) listed below, by and/or through the services of:

   _____ Federal Express
   _____ Express Mail
   _____ Facsimile transmission (followed by first class mail)

Louis A. Storrow
Law Office of Louis A. Storrow
5963 La Place Court, Suite 306
Carlsbad, CA 92008-8823

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 22, 2006, at Sacramento, California.

*/s/ C. Hallinan*
**CAMILLA HALLINAN**

Document7