## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SRI JOHANI SDN. BHD. v. STRATA MEDICAL, INC.         Case No. 06CV624R(RBB)

**TIME SPENT:** _____

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE         Rptr. _____

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| James P. Chandler | Louis J.A. Storrow |
| Matthew Pearson | |

PROCEEDINGS:   ____ In Chambers     ____ In Court     ____ Telephonic

The settlement disposition conference and order to show cause hearing on January 8, 2007, at 8:00 a.m. are vacated.

The stipulation for dismissal was signed on January 3, 2007.

The Court received the Declaration of Louis A. Storrow re Order to Show Cause [doc. no. 14]. After reviewing the Declaration, the Court finds that sanctions are not warranted. The order to show cause is discharged.

DATE: January 5, 2007       IT IS SO ORDERED:  _Ruben Brooks_
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Rhoades                INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record